# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miller, Ruth | District Court, U.S. Virgin Islands | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time magistrate judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Ron de Lugo Federal Building
5500 Veterans Drive, 3rd Floor
St. Thomas, USVI 00802-0802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miller, Ruth | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Banco Popular de Puerto Rico account | | None | K | T | | | | | |
| 2.   LPL Financial Inherited IRA account (H) | | | | | | | | | |
| 3.   -LPL Financial insured cash account | A | Interest | J | T | | | | | |
| 4.   -JP Morgan US Gov't Money Market Fund | A | Dividend | | | Redeemed | 11/12/20 | J | A | |
| 5.   -AAPL common | A | Dividend | K | T | | | | | |
| 6.   -BND Vanguard Total Bond Market ETF | A | Dividend | K | T | Sold (part) | 07/02/20 | J | B | |
| 7.   -VWO Vanguard FTSE Emerg Markets ETF | A | Dividend | K | T | Buy (add'l) | 07/02/20 | K | | |
| 8.   -VBK Vanguard Sm Cap Growth ETF | A | Dividend | | | Sold | 07/02/20 | J | B | |
| 9.   -VBR Vanguard Sm Cap Value ETF | A | Dividend | | | Sold | 07/02/20 | J | A | |
| 10.  -VUG Vanguard Growth ETF | A | Dividend | M | T | Sold (part) | 07/02/20 | J | C | |
| 11.  -VTV Vanguard Value ETF | B | Dividend | L | T | Buy (add'l) | 07/02/20 | K | | |
| 12.  | | | | | Sold (part) | 08/24/20 | K | A | |
| 13.  -VOT Vanguard Mid Cap Growth ETF | A | Dividend | | | Sold | 07/02/20 | K | D | |
| 14.  -VOO Vanguard S&P 500 Index ETF | B | Dividend | L | T | Sold (part) | 07/02/20 | J | A | |
| 15.  -BIV Vanguard Intermediate Term Bond ETF | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 16.  -BSV Vanguard Short Term Bond ETF | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 17.  -GLDM World Gold Trust SPDR Gold Minishares Trust ETF | | None | J | T | Buy | 07/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -VGT Vanguard Information Technology ETF | A | Dividend | K | T | Buy | 07/02/20 | K | | |
| 19. -VTC Vanguard Total Corp Bond ETF | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 20. -VEA Vanguard FTSE Developed Mkts EFT | A | Dividend | K | T | Buy | 08/24/20 | J | | |
| 21. LPL Financial Investment account (H) | | | | | | | | | |
| 22. -LPL Financial Insured Cash Account | A | Interest | K | T | | | | | |
| 23. -JP Morgan US Gov't Money Market Fund | A | Dividend | K | T | Redeemed (part) | 06/23/20 | J | A | |
| 24. | | | | | Redeemed (part) | 07/14/20 | J | A | |
| 25. -AMZN common | | None | L | T | | | | | |
| 26. -CSCO common | A | Dividend | | | Sold | 10/02/20 | K | A | |
| 27. -BND Vanguard Total Bond Market ETF | A | Dividend | K | T | Sold (part) | 07/02/20 | K | B | |
| 28. -VBK Vanguard Sm Cap Growth ETF | A | Dividend | | | Sold | 07/02/20 | J | C | |
| 29. -VBR Vanguard Sm Cap Value ETF | A | Dividend | | | Sold | 07/02/20 | K | A | |
| 30. -VOO Vanguard S&P 500 Index ETF | B | Dividend | M | T | Sold (part) | 07/02/20 | J | A | |
| 31. -VOT Vanguard Mid Cap Growth ETF | A | Dividend | | | Sold | 07/02/20 | L | D | |
| 32. -VTV Vanguard Value ETF | B | Dividend | L | T | Buy (add'l) | 07/02/20 | K | | |
| 33. | | | | | Sold (part) | 08/24/20 | K | A | |
| 34. -VUG Vanguard Growth ETF | B | Dividend | M | T | Sold (part) | 07/02/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/24/20 | J | | |
| 36. -VWO Vanguard FTSE Emerg Markets ETF | A | Dividend | K | T | Buy (add'l) | 07/02/20 | K | | |
| 37. -BIV Vanguard Intermediate Term Bond ETF | A | Dividend | K | T | Buy | 07/02/20 | K | | |
| 38. -BSV Vanguard Short Term Bond ETF | A | Dividend | K | T | Buy | 07/02/20 | K | | |
| 39. -GLDM World Gold Trust SPDR Gold Minishares Trust ETF | | None | J | T | Buy | 07/02/20 | J | | |
| 40. -VGT Vanguard Information Technology ETF | A | Dividend | K | T | Buy | 07/02/20 | K | | |
| 41. -VTC Vanguard Total Corp Bond ETF | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 42. -VEA Vanguard FTSE Developed Mkts EFT | A | Dividend | K | T | Buy | 08/24/20 | K | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Ruth** | 05/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ruth Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544